# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:14-CV-218-BR

| | |
|---|---|
| **Glenda Barton, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Carleen Robinson, Administratrix of the Estate of Ned Robinson, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Carleen Robinson, Administratrix of the Estate of Ned Robinson, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Ned Robinson the following: "Carleen Robinson, Administratrix of the Estate of Ned Robinson."

So ordered, this the 26th day of September, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge