**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:14-cv-00218-BR**

| | |
|---|---|
| **Glenda Barton, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Joyce L. Murphy, Administrator of the Estate of Howard Lee Murphy, requesting that she be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Joyce L. Murphy, Administrator of the Estate of Howard Lee Murphy, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Howard Lee Murphy the following: "Joyce L. Murphy, Administrator of the Estate of Howard Lee Murphy."

So ordered, this the 14 day of January, 2019.

Robert B. Jones, Jr.
United States Magistrate Judge